# ALABAMA COURT OF CRIMINAL APPEALS



July 26, 2024

**CR-2023-0360**
William Lee Loftis v. State of Alabama (Appeal from Etowah Circuit Court: CC-06-1155.61)

## NOTICE

You are hereby notified that on July 26, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk